NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1412
(Re-examination No. 90/007, 172)

IN RE R & S TRADING COMPANY, INC.

Mark Garscia, Christie, Parker & Hale, LLP, of Pasadena, California, argued for appellants. With him on the brief was Deidra D. Ritcherson.

Joseph G. Piccolo, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief was Stephen Walsh, Acting Solicitor, and Shannon M. Hansen, Associate Solicitor.

Appealed from:    United States Patent and Trademark Office
                  Board of Patent Appeals and Interferences

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1412
(Re-examination No. 90/007, 172)

IN RE R & S TRADING COMPANY, INC.

# Judgment

ON APPEAL from the      United States Patent and Trademark Office, Board of
Patent Appeals and Interferences

in CASE NO(S).

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, SCHALL and BRYSON, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED:  <u>January 10, 2008</u>      <u>/ s /  *Jan Horbaly*</u>
Jan Horbaly, Clerk